459 A.2d 36

Commonwealth v. Gosson, Appellant.

Submitted February 2, 1982. Douglas M. Johnson, Public Defender, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

The judgment of sentence of the learned Montgomery County Common Pleas Court Judge Anthony J. Scirica is affirmed.

459 A.2d 36

Commonwealth v. Kivlin, III, Appellant.
Petition for Allowance of Appeal
Denied Sept. 9, 1983.

Submitted January 6, 1983. Edward T. Kivlin, III, appellant, in propria persona; Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BECK and JOHNSON, JJ.

Order affirmed.

SPAETH, J., filed a memorandum concurring statement.